Eugenia DERDEN, Plaintiff—Appellant,

v.

**MARICOPA COUNTY JUVENILE COURT, Defendant—Appellee.**

No. 08–16585.

United States Court of Appeals, Ninth Circuit.

Submitted March 9, 2010.*

Filed March 15, 2011.

Eugenia Derden, Gilbert, AZ, pro se.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Eugenia Derden appeals pro se from the district court's June 16, 2008 order which denied Derden's "motion for a stay," and directed Derden to comply with the court's April 4, 2008 order. The district court did not abuse its discretion in denying Der-

den's motion for a stay where in its April 4, 2008 order the district court: noted that Derden failed to comply with its prior order to file an amended complaint identifying the basis for federal jurisdiction; noted that the case was dismissed without prejudice to her filing a new complaint in a separate action; and ordered that Derden not file any further documents in the case.

Derden's request for appointment of counsel is denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

